M. P. No. 78-411. CRANSTON TEACHERS ASSOCIATION *v.* CRANSTON SCHOOL COMMITTEE AND BOARD OF REGENTS FOR EDUCATION. The petition for writ of certiorari is granted. Mr. Justice Doris did not participate. *Natale L. Urso, Thomas J. Liguori, Jr.,* for petitioner. *Palombo & Piccirilli, Vincent J. Piccirilli,* for respondents.

M. P. No. 78-424. ANTHONY FAMIANO, JR. AND MARY ANN B. FAMIANO *v.* THE ZONING BOARD OF THE CITY OF WARWICK AND WILBERT L. LEUTSCHWAGER, *individually and as City of Warwick Building Inspector.* The petition for writ of certiorari is granted. Mr. Justice Doris did not participate. *Lynch & McDonald, Thomas A. Lynch,* for petitioners. *William J. Toohey,* City Solicitor, *William F. Calise,* Assistant City Solicitor, for respondents.

M. P. No. 78-454. MAGDA LUPESCU, INC. *v.* HAROLD J. HARRIS AND JEFFREY STEINER, *d/b/a H & S Realty Co.* The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *Lovett & Linder, Ltd., Raul Lovett,* for petitioner. *Temkin, Merolla & Zurier,Amedeo C. Merolla, Ronald A. Dwight,* for respondents.

M. P. 78-471. SUNNYBROOK FARMS, INC. *v.* THE CITY COUNCIL OF THE CITY OF NEWPORT *et al.* The petition for writ of certiorari and request for stay are denied. Mr. Justice Doris did not participate. *Hall, D'Addario and Machtley, Joseph M. Hall,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Eileen G. Cooney,* Special Assistant Attorney General, for respondents.

APPEAL No. 76-410. DOMENIC G. MARABELLO *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Petitioner's motion to reargue is denied. Mr. Justice Doris did not participate. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Quinn, Cuzzone & Geremia, Bruce Q. Morin, Cameron P. Quinn,* for respondent.

APPEAL No. 77-172. CLAIRE WOODS *v.* ALFRED B. ARRUDA *et al.* Plaintiff's petition for reconsideration or reargument is denied. Mr. Justice Doris did not participate. *Scott Umsted, Jr.,* for plaintiff. *Daniel J. Murray,* for defendant.